J. JEROME NATHAN, Respondent, v. CHARLES S. HIRSCH and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley and Glennon, JJ.

